**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)*   **19-05422-5**                    Chapter   **7**

■ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Imperial Frozen Foods Holdco, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1678206** |

4. **Debtor's address**

**Principal place of business**

**3150 Rogers Road, Suite 212
Wake Forest, NC 27587**
Number, Street, City, State & ZIP Code

**Wake**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor    **Imperial Frozen Foods Holdco, LLC**                                    Case number (*if known*)  **19-05422-5**
_____
        Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District | When | Case number |
| | _____ | _____ | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

| Debtor | **Imperial Frozen Foods Holdco, LLC** | Case number (*if known*) | **19-05422-5** |
|---|---|---|---|
| | Name | | |

**11.  Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Imperial Frozen Foods Holdco, LLC** | Case number (*if known*) | **19-05422-5** |
|---|---|---|---|
| | Name | | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  3, 2020**
MM / DD / YYYY

**X** **/s/ Craig Higgins**                                    **Craig Higgins**
Signature of authorized representative of debtor          Printed name

Title    **CFO**

---

**18. Signature of attorney**

**X** **/s/ Gerald A. Jeutter, Jr.**                    Date  **February  3, 2020**
Signature of attorney for debtor                                MM / DD / YYYY

**Gerald A. Jeutter, Jr. 17724**
Printed name

**Smith Anderson**
Firm name

**150 Fayetteville Street, Ste. 2300**
**P.O. Box 2611**
**Raleigh, NC 27602-2611**
Number, Street, City, State & ZIP Code

Contact phone    **919-821-1220**          Email address  **jjeutter@smithlaw.com**

**17724 NC**
Bar number and State

## RESOLUTION OF MEMBERS 0F
## IMPERIAL FROZEN FOODS HOLDCO, LLC
## AUTHORIZING COMMENCEMENT OF PROCEEDINGS UNDER CHAPTER 7

WHEREAS, the financial condition of Imperial Frozen Foods Holdco, LLC (the "Company") necessitates the liquidation of the Company under the protections afforded by Chapter 7 of the United States Bankruptcy Code;

NOW, THEREFORE, BE IT RESOLVED that the Company is authorized to file, in the United States Bankruptcy Court for the Eastern District of North Carolina, a Chapter 7 petition and to otherwise proceed under Chapter 7 of the United States Bankruptcy Code; and

BE IT FURTHER RESOLVED that any officer of the Company be and is hereby authorized to execute on behalf of the Company the petition, schedules and any other documents required for or in connection with the Chapter 7 filing; and

BE IT FURTHER RESOLVED that the Company shall employ Gerald A. Jeutter, Jr. and the law firm of Smith Anderson Blount Dorsett Mitchell and Jernigan, PA to assist the Company in filing the Chapter 7 case and in all proceedings thereunder.

The foregoing is a true and correct copy of the resolution approved by the Board of Directors at a duly called meeting on the 21st day of November, 2019 and has not been rescinded or amended as of this date.

This 22nd day of November, 2019.

By: _____

Name: Craig Higgins

Title: CFO

**Fill in this information to identify the case:**

Debtor name **Imperial Frozen Foods Holdco, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **19-05422-5**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*  **A/B, D, E/F, G, H, Summary**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __February  3, 2020__          X /s/ Craig Higgins
_____
Signature of individual signing on behalf of debtor

**Craig Higgins**
_____
Printed name

**CFO**
_____
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Imperial Frozen Foods Holdco, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **19-05422-5**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................ $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................... $    **12,289,392.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................ $    **12,289,392.00**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **35,752,954.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$    **956,327.47**

4.   **Total liabilities** ......................................................................................
    Lines 2 + 3a + 3b    $    **36,709,281.47**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Imperial Frozen Foods Holdco, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **19-05422-5**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **See attached** | | | **$1,062.05** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$1,062.05**

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:       Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☑ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:       Investments**

13. **Does the debtor own any investments?**

   ☐ No.  Go to Part 5.
   ☑ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Imperial Frozen Foods Holdco, LLC** | Case number *(If known)* **19-05422-5** |
|--------|------|------|
| | Name | |

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                    % of ownership

15.1.   See attached                                         %                                                    **Unknown**

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**                                                                              **$0.00**
Add lines 14 through 16.  Copy the total to line 83.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Imperial Frozen Foods Holdco, LLC** | Case number *(If known)* **19-05422-5** |
|---|---|---|
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** <br> **To be provided to Trustee** | $14,823,529.95 | N/A | $12,288,329.95 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $12,288,329.95 |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Imperial Frozen Foods Holdco, LLC**                    Case number *(If known)* **19-05422-5**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,062.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $12,288,329.95 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,289,392.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12,289,392.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Schedule A/B: Part 1, Question 3 - Checking, savings or other financial accounts | | | | |
|---|---|---|---|---|
| | | | | |
| Debtor Name | Name of Institution | Type of Account | Last 4 digits of account number | Current Value of Debtor's Interest |
| Imperial Frozen Foods Hold Co LLC | PNC Bank | Checking | 8346 | $1,062.05 |

Schedule A/B: Part 4, Question 15 - Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an LLC, partnership or joint venture

| Debtor Name | Name of Entity | Percentage of Ownership | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Imperial Frozen Foods Hold Co LLC | Happy and Healthy Hold Co LLC | 90% | Book Value | $0.00 |
| Imperial Frozen Foods Hold Co LLC | Happy Healthy LLC (Joint Venture) | 65% | Book Value | $0.00 |
| Imperial Frozen Foods Hold Co LLC | Energy Club Holdings LLC | 5% | Purchase Price | $9,000,000.00 |

Case 19-05422-5-SWH   Doc 46   Filed 02/03/20   Entered 02/03/20 16:30:10   Page 49

**Fill in this information to identify the case:**

Debtor name **Imperial Frozen Foods Holdco, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **19-05422-5**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **Advantage Capital Ag Partners L.P.**<br>Creditor's Name<br>**Attn:  Officer/Manager 190 Carondelet Plaza, Suite 1500 Saint Louis, MO 63105**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Machinery and Equipment**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | $9,108,046.00 | $0.00 |
| | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| **2.2** | **Tree Line Direct Funding LP**<br>Creditor's Name<br>**c/o Matthew Warren 353 N Clark Street, 12th Floor Chicago, IL 60654**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Machinery and Equipment**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | $26,644,908.00 | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Imperial Frozen Foods Holdco, LLC** | Case number (if know) | **19-05422-5** |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$35,752,954.00** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Thompson Coburn LLP**<br>**Attn: Jarrod Sharp**<br>**One US Bank Plaza**<br>**Saint Louis, MO 63101** | Line __2.1__ | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Imperial Frozen Foods Holdco, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **19-05422-5** |

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Alabama Department of Revenue**<br>**PO Box 327320**<br>**Montgomery, AL 36132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Chatham County Tax Commissioner**<br>**PO Box 117037**<br>**Atlanta, GA 30368** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Imperial Frozen Foods Holdco, LLC** | Case number (if known) | **19-05422-5** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **City of Savannah Revenue Department**<br>**PO Box 1228**<br>**Savannah, GA 31402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Georgia Department of Revenue**<br>**PO Box 105678**<br>**Atlanta, GA 30348** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **NC Department of Revenue**<br>**Bankruptcy Unit**<br>**P.O. Box 1168**<br>**Raleigh, NC 27602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **Imperial Frozen Foods Holdco, LLC** | | Case number (if known) | **19-05422-5** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**NYS Tax Department - IT-2659**
**PO Box 15179**
**Albany, NY 12212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Social Security Administration**
**Office of the General Counsel, Regi**
**61 Forsyth Street, SW, Ste 20T45**
**Atlanta, GA 30303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Texas Department of State Health Se**
**PO Box 12008**
**Austin, TX 78711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
| --- | --- | --- | --- |
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Alex McIntosh**
**913 Southerly Road, #034**
**Towson, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Alex Meyer**
**2468 N Bogus Basin Road**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Imperial Frozen Foods Holdco, LLC** | Case number (if known) | **19-05422-5** |
| --- | --- | --- | --- |
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Amy Ford** | ☐ Contingent | |
| | **6316 Clamshell Drive** | ☐ Unliquidated | |
| | **Wake Forest, NC 27587** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Investor** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35,063.23** |
| --- | --- | --- | --- |
| | **Ankura Consulting Group** | ☐ Contingent | |
| | **Attn: Officer/Manager** | ☐ Unliquidated | |
| | **485 Lexington Avenue** | ☐ Disputed | |
| | **New York, NY 10017** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Account** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Bill Arends** | ☐ Contingent | |
| | **167 Colonade Circle** | ☐ Unliquidated | |
| | **Naples, FL 34103** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Investor** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Brian Tracy** | ☐ Contingent | |
| | **4125 N Hermitage Ave** | ☐ Unliquidated | |
| | **Chicago, IL 60613** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Investor** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Cody Miller** | ☐ Contingent | |
| | **385 Ridgewood Park Drive N** | ☐ Unliquidated | |
| | **Richmond Hill, GA 31324** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Investor** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Craig Higgins** | ☐ Contingent | |
| | **2104 Higley Drive** | ☐ Unliquidated | |
| | **Wake Forest, NC 27587** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Investor** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Daniel Asher Descendants Trust** | ☐ Contingent | |
| | **Attn: Officer/Manager** | ☐ Unliquidated | |
| | **111 W Jackson Blvd, Ste 2000** | ☐ Disputed | |
| | **Chicago, IL 60604** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Investor** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Imperial Frozen Foods Holdco, LLC** | | Case number (if known) | **19-05422-5** |
|---|---|---|---|---|

Name

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,442.77** |
|---|---|---|---|

**Dewey Pegno and Kramarsky LLP**
**Attn: Officer/Manager**
**777 Third Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Edward Behen**
**1761 Old Homestead**
**Rochester, MI 48306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Investor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Eric Meyer**
**34 San Savio Drive**
**Austin, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Investor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Foundation for Education and R&D**
**Attn: Officer/Managing Agent**
**2800 Niagara Lane**
**Minneapolis, MN 55447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Investor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gary Freeman**
**1715 Blair House Court**
**Bloomfield Hills, MI 48302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Investor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gen 7 Investments**
**Attn: Officer/Managing Agent**
**101 5th Street North**
**Fargo, ND 58102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Investor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**GK Holdings 1, LLC**
**Attn: Officer/Manager**
**150 N Riverside Plz, Ste 4270**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Investor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Imperial Frozen Foods Holdco, LLC**                    Case number (if known)    **19-05422-5**
_____
Name

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

3.17

**Nonpriority creditor's name and mailing address**
**H.P. Skolnick, Inc**
Attn:  Officer/Manager
PO Box 3354
Monterey, CA 93942

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.18

**Nonpriority creditor's name and mailing address**
**Henneman Family, LLC Series B**
Attn:  Officer/Manager
1605 S State St
Champaign, IL 61820

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.19

**Nonpriority creditor's name and mailing address**
**Irv Kessler**
Attn:  Officer/Managing Agent
2800 Niagara Lane
Minneapolis, MN 55447

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.20

**Nonpriority creditor's name and mailing address**
**Jai Kim Jung**
Attn:  Officer/Managing Agent
205 Hudson St
New York, NY 10013

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.21

**Nonpriority creditor's name and mailing address**
**Jeremy Medler**
402 Trefoil Street
Savoy, IL 61874

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.22

**Nonpriority creditor's name and mailing address**
**JJ&E Heritage Holding LLC**
Attn:  Officer/Managing Agent
4147 66th St S
Fargo, ND 58104

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.23

**Nonpriority creditor's name and mailing address**
**Joda Crabtree**
PO Box 461
Watseka, IL 60970

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Imperial Frozen Foods Holdco, LLC** | Case number (if known) | **19-05422-5** |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**John Gibbons**
**940 Lawrence Avenue**
**Westfield, NJ 07090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**John March**
**13225 Cardinal Creek Road**
**Eden Prairie, MN 55346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Keeling Family Limited Partnership**
**Attn:  Officer/Manager**
**1624 Cobblefield Road**
**Champaign, IL 61822**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,003.64** |
|---|---|---|---|

**Kenex Holdings LLC**
**Attn:  Officer/Manager**
**150 N Wacker, Suite 3025**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kessler Family Limited Partnership**
**Attn:  Officer/Managing Agent**
**2800 Niagara Lane**
**Minneapolis, MN 55447**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Migdal**
**3044 Lawson Walk Way**
**Rolesville, NC 27571**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lakeview Group LLC**
**Attn:  Officer/Manager**
**150 N Wacker Drive, Suite 3025**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Frozen Foods Holdco, LLC** | Case number (if known) | **19-05422-5** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Laurie Steed**
**104 Darmouth Road**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Leonard Patrict Hanemann**
**6919 N 1st Lane**
**McAllen, TX 78504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Leslie Neitzel Revocable Trust**
**Attn:  Officer/Manager**
**4308 Brittany Trail Drive**
**Champaign, IL 61822**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.50 |
|---|---|---|---|

**Lightfoot Franklin & White LLC**
**Attn:  Officer/Manager**
**400 20th St North, Clark Building**
**Birmingham, AL 35203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Account**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Luca DaPonte**
**4309 Gallatree Lane**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Matt Goldthwaite**
**503 Marquis Lane**
**Mansfield, TX 76063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Matt Lester**
**2550 Telegraph Road, Suite 200**
**Bloomfield Hills, MI 48302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Frozen Foods Holdco, LLC** | Case number (if known) | **19-05422-5** |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Small**
**2014 Byrnebruk Drive**
**Champaign, IL 61822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mike Zwiegbaum**
**29 Circle W**
**Minneapolis, MN 55436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nicholas Cooper**
**111 West Wacker, Apt 2010**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Peter Kenefick**
**581 E Lake Street**
**Wayzata, MN 55391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Prophet Capital Management, LTD**
**Attn:  Officer/Manager**
**5000 Plaza on the Lake #180**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rick Schmidt**
**3377 Gulf Shore Blvd N Unit 1C**
**Naples, FL 34103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert L Williams Jr**
**3033 Trillium Court East**
**Aurora, IL 60506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Imperial Frozen Foods Holdco, LLC** | Case number (if known) | **19-05422-5** |
|---|---|---|---|
| | Name | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Robert Spence**
**4251 Salzedo Apt E502**
**Miami, FL 33146**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Schmidt Family Investments LLC**
**Attn:  Officer/Manager**
**1650 S State Street, Suite 112**
**Champaign, IL 61820**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sergio Varela**
**1039 W Mountain St**
**Glendale, CA 91202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sherri Tuttle**
**681 E Lake Street #354**
**Wayzata, MN 55391**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Silver Mountain Partners LP**
**Attn:  Officer/Managing Agent**
**2817 Girard Ave, Unit 408**
**Minneapolis, MN 55408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Timothy March**
**420 Parkway Drive**
**Wheaton, IL 60187**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tom Beadle (Dolores Beadle)**
**440 Kings Glen Way**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Imperial Frozen Foods Holdco, LLC**
Name

Case number *(if known)* **19-05422-5**

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tony Davis**
**2831 N Pine Grove Ave**
**Chicago, IL 60657**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Investor__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$848,641.33** |
|---|---|---|---|

**Tree Line Direct Funding LP**
**c/o Matthew Warren**
**353 N Clark Street, 12th Floor**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Account__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tuscola Investments LLC**
**Attn: Officer/Manager**
**1240 E CR 1250 N**
**Tuscola, IL 61953**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Investor__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Warren Lee**
**2906 Wendover Place**
**Champaign, IL 61822**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Investor__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wes Seitz**
**4014 Pinecrest Road**
**Champaign, IL 61822**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Investor__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 956,327.47 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 956,327.47 |

**Fill in this information to identify the case:**

Debtor name  **Imperial Frozen Foods Holdco, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  **19-05422-5**

■ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ☐ Operating a business<br>■ Other    **See attached** | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.    **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

Debtor    **Imperial Frozen Foods Holdco, LLC**                    Case number *(if known)*  **19-05422-5**

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **See attached** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

Debtor    **Imperial Frozen Foods Holdco, LLC**                                   Case number *(if known)*  **19-05422-5**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **See attached** | | | **$0.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

---

| Debtor | **Imperial Frozen Foods Holdco, LLC** | Case number *(if known)* | 19-05422-5 |

☐ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Debtor | **Imperial Frozen Foods Holdco, LLC** | Case number *(if known)* 19-05422-5 |
|---|---|---|

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.   **See attached** | | Dates business existed EIN: From-To |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **See attached** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 5

Debtor    **Imperial Frozen Foods Holdco, LLC**                                    Case number *(if known)*    **19-05422-5**

within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **See attached** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.    **See attached** | |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **See attached** | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **Imperial Frozen Foods Holdco, LLC**                    Case number *(if known)*  **19-05422-5**

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See attached** | | | |
|  | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  3, 2020**

**/s/ Craig Higgins**                                  **Craig Higgins**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

| SOFA Part 1, Question 1 - Gross Revenue from Business | | | |
|---|---|---|---|
| | | | |
| **Debtor Name** | **Gross Revenue** | **Time Period** | **Sources of Revenue** |
| Imperial Frozen Foods Holdco LLC | $0.00 | 12/30/2018-11/24/2019 | N/A |
| Imperial Frozen Foods Holdco LLC | $0.00 | 12/31/2017-12/29/2018 | N/A |
| Imperial Frozen Foods Holdco LLC | $0.00 | 1/1/2017-12/30/2017 | N/A |

Case 19-05422-5-SWH    Doc 46    Filed 02/03/20    Entered 02/03/20 16:30:10    Page 49 of 49

In re [Debtor Name]
Case No. [Case No.]
SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days preceding commencement of this case

| Debtor Name | Creditor Name | Vendor # | Address1 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods HoldCo LLC | Bradley Dietz AC | | 136 East 64th Street, Apt 8C | New York | NY | 10065 | USA | Restructuring - Advisors | 08/28/19 | $5,000.00 |
| Imperial Frozen Foods HoldCo LLC | MRSAKAHN LLC AC | | 36 Brush Hill Road | Newton | MA | 2461 | USA | Restructuring - Advisors | 08/28/19 | $5,000.00 |
| Imperial Frozen Foods HoldCo LLC | Bradley Dietz AC | | 136 East 64th Street, Apt 8C | New York | NY | 10065 | USA | Restructuring - Advisors | 09/04/19 | $10,000.00 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | USA | Restructuring - Advisors | 09/04/19 | $109,808.74 |
| Imperial Frozen Foods HoldCo LLC | MRSAKAHN LLC AC | | 36 Brush Hill Road | Newton | MA | 2461 | USA | Restructuring - Advisors | 09/04/19 | $10,000.00 |
| Imperial Frozen Foods HoldCo LLC | O'Melveny & Myers LLP AC | | Times Square Tower; 7 Times Squ | New York | NY | 10036-65 | USA | Legal | 09/12/19 | $41,013.00 |
| Imperial Frozen Foods HoldCo LLC | Smith Anderson Blount Dorsett Mitch AC | | PO Box 2611 | Raleigh | NC | 27602-26 | USA | Legal | 09/12/19 | $22,283.00 |
| Imperial Frozen Foods HoldCo LLC | Lazard Middle Market LLC AC | | 600 5th Avenue, 4th Floor | New York | NY | 10020 | USA | Restructuring - Advisors | 09/16/19 | $100,000.00 |
| Imperial Frozen Foods HoldCo LLC | Rynn & Janowsky Client Trust Acct AC | | PO Box 2611 | Raleigh | NC | 27602-26 | USA | Legal | 09/18/19 | $25,000.00 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | USA | Restructuring - Advisors | 09/20/19 | $48,627.13 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | USA | Restructuring - Advisors | 09/20/19 | $55,402.51 |
| Imperial Frozen Foods HoldCo LLC | 3TC Design LLC AC | | 411 Garrard Street | Covington | KY | 41011 | USA | Marketing | 09/26/19 | $8,500.00 |
| Imperial Frozen Foods HoldCo LLC | Bradley Dietz AC | | 136 East 64th Street, Apt 8C | New York | NY | 10065 | USA | Restructuring - Advisors | 10/02/19 | $10,000.00 |
| Imperial Frozen Foods HoldCo LLC | Matthew Kimmel | | 5108 Killarney Hope Drive | Raleigh | NC | 27613 | USA | Payroll | 10/02/19 | $14,659.00 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | USA | Restructuring - Advisors | 10/02/19 | $46,250.00 |
| Imperial Frozen Foods HoldCo LLC | MRSAKAHN LLC AC | | 36 Brush Hill Road | Newton | MA | 2461 | USA | Restructuring - Advisors | 10/02/19 | $10,000.00 |
| Imperial Frozen Foods HoldCo LLC | Smith Anderson Blount Dorsett Mitch AC | | PO Box 2611 | Raleigh | NC | 27602-26 | USA | Legal | 10/02/19 | $1,584.76 |
| Imperial Frozen Foods HoldCo LLC | Tree Line Direct Lending LP AC | | 101 California Street, Suite 1700 | San Francisco | CA | 94111 | USA | Financial Lender Interest | 10/02/19 | $205,477.33 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | USA | Restructuring - Advisors | 10/04/19 | $55,937.97 |
| Imperial Frozen Foods HoldCo LLC | Lazard Middle Market LLC AC | | 600 5th Avenue, 4th Floor | New York | NY | 10020 | USA | Restructuring - Advisors | 10/10/19 | $100,000.00 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | USA | Restructuring - Advisors | 10/10/19 | $48,993.03 |
| Imperial Frozen Foods HoldCo LLC | O'Melveny & Myers LLP AC | | Times Square Tower; 7 Times Squ | New York | NY | 10036-65 | USA | Legal | 10/10/19 | $35,838.71 |
| Imperial Frozen Foods HoldCo LLC | Cobbs Allen Capital LLC dba CAC Sp AC | | 399 Park Avenue, 8th Floor | New York | NY | 10022 | USA | Insurance | 10/17/19 | $45,000.00 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | USA | Restructuring - Advisors | 10/18/19 | $47,646.05 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | USA | Restructuring - Advisors | 10/24/19 | $50,643.25 |
| Imperial Frozen Foods HoldCo LLC | Lazard Middle Market LLC AC | | 600 5th Avenue, 4th Floor | New York | NY | 10020 | USA | Restructuring - Advisors | 10/31/19 | $3,284.57 |
| Imperial Frozen Foods HoldCo LLC | Smith Anderson Blount Dorsett Mitch AC | | PO Box 2611 | Raleigh | NC | 27602-26 | USA | Legal | 10/31/19 | $2,742.78 |
| Imperial Frozen Foods HoldCo LLC | Bradley Dietz AC | | 136 East 64th Street, Apt 8C | New York | NY | 10065 | USA | Restructuring - Advisors | 11/01/19 | $10,000.00 |
| Imperial Frozen Foods HoldCo LLC | Lazard Middle Market LLC AC | | 600 5th Avenue, 4th Floor | New York | NY | 10020 | USA | Restructuring - Advisors | 11/01/19 | $102,749.26 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | USA | Restructuring - Advisors | 11/01/19 | $65,494.30 |
| Imperial Frozen Foods HoldCo LLC | MRSAKAHN LLC AC | | 36 Brush Hill Road | Newton | MA | 2461 | USA | Restructuring - Advisors | 11/01/19 | $11,123.19 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | USA | Restructuring - Advisors | 11/07/19 | $25,390.22 |
| Imperial Frozen Foods HoldCo LLC | Smith Anderson Blount Dorsett Mitch AC | | PO Box 2611 | Raleigh | NC | 27602-26 | USA | Legal | 11/14/19 | $75,000.00 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | USA | Restructuring - Advisors | 11/15/19 | $37,279.08 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | USA | Restructuring - Advisors | 11/20/19 | $36,776.78 |

Case 19-05422-5-SWH    Doc 46    Filed 02/03/20    Entered 02/03/20 16:30:10    Page

In re [Debtor Name]

Case No. [Case No.]

SOFA Part 3, Question 7  - Legal actions, administrative proceedings, etc. to which the debtor is or was a party within one year of commencement of this case

| SOFA Part 3, Question 7  - Legal actions, administrative proceedings, etc. to which the debtor is or was a party within one year of commencement of this case | | | | |
| --- | --- | --- | --- | --- |
| Debtor Name | Case Title and Case Number | Nature of Case | Court or Agency and Location | Status of Case |
| Imperial Frozen Foods Holdco LLC | GF 617 LLC v Imperial Frozen Foods Holdco LLC; 2:18-CV-1663-RDP | Asset Purchase Agreement Termination | US District Court for the Northern Dis | Open |

Case 19-05422-5-SWH   Doc 46   Filed 02/03/20   Entered 02/03/20 16:30:10   Page 49

SOFA Part 6, Question 11 - Payments or transfers related to debtor counseling or bankruptcy made within 1 year preceding commencement of this ca

| Debtor Name | Who was paid or who received the transfer | Vendor # | Address) | City | State | Zip | Email or Website Address | Who made the payment, if not debtor? | If not money, describe property transferred | Date of Payment or Transfer | Total amount or value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods HoldCo LLC | Bradley Dietz AC | | 136 East 64th Street, Apt 8C | New York | NY | 10065 | bradley.dietz@gmail.com | | | 08/28/19 | $5,000.00 |
| Imperial Frozen Foods HoldCo LLC | Bradley Dietz AC | | 136 East 64th Street, Apt 8C | New York | NY | 10065 | bradley.dietz@gmail.com | | | 09/04/19 | $10,000.00 |
| Imperial Frozen Foods HoldCo LLC | Bradley Dietz AC | | 136 East 64th Street, Apt 8C | New York | NY | 10065 | bradley.dietz@gmail.com | | | 10/02/19 | $10,000.00 |
| Imperial Frozen Foods HoldCo LLC | Bradley Dietz AC | | 136 East 64th Street, Apt 8C | New York | NY | 10065 | bradley.dietz@gmail.com | | | 11/01/19 | $10,000.00 |
| Imperial Frozen Foods HoldCo LLC | Lazard Middle Market LLC AC | | 600 5th Avenue, 4th Floor | New York | NY | 10020 | www.lazard.com | | | 09/16/19 | $100,000.00 |
| Imperial Frozen Foods HoldCo LLC | Lazard Middle Market LLC AC | | 600 5th Avenue, 4th Floor | New York | NY | 10020 | www.lazard.com | | | 10/10/19 | $100,000.00 |
| Imperial Frozen Foods HoldCo LLC | Lazard Middle Market LLC AC | | 600 5th Avenue, 4th Floor | New York | NY | 10020 | www.lazard.com | | | 10/31/19 | $3,284.57 |
| Imperial Frozen Foods HoldCo LLC | Lazard Middle Market LLC AC | | 600 5th Avenue, 4th Floor | New York | NY | 10020 | www.lazard.com | | | 11/01/19 | $102,749.26 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | www.wearemeru.com | | | 07/29/19 | $35,000.00 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | www.wearemeru.com | | | 08/15/19 | $97,168.57 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | www.wearemeru.com | | | 08/22/19 | $49,868.35 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | www.wearemeru.com | | | 09/04/19 | $109,808.74 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | www.wearemeru.com | | | 09/20/19 | $48,627.13 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | www.wearemeru.com | | | 09/20/19 | $55,402.51 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | www.wearemeru.com | | | 10/02/19 | $46,250.00 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | www.wearemeru.com | | | 10/04/19 | $55,937.97 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | www.wearemeru.com | | | 10/10/19 | $48,993.03 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | www.wearemeru.com | | | 10/18/19 | $47,646.05 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | www.wearemeru.com | | | 10/24/19 | $50,643.25 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | www.wearemeru.com | | | 11/01/19 | $65,494.30 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | www.wearemeru.com | | | 11/07/19 | $25,390.22 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | www.wearemeru.com | | | 11/15/19 | $37,279.08 |
| Imperial Frozen Foods HoldCo LLC | Meru LLC AC | | 1372 Peachtree Street, N.E. | Atlanta | GA | 30309 | www.wearemeru.com | | | 11/20/19 | $36,776.78 |
| Imperial Frozen Foods HoldCo LLC | MRSAKAHN LLC AC | | 36 Brush Hill Road | Newton | MA | 2461 | matthewrkahn@gmail.com | | | 08/28/19 | $5,000.00 |
| Imperial Frozen Foods HoldCo LLC | MRSAKAHN LLC AC | | 36 Brush Hill Road | Newton | MA | 2461 | matthewrkahn@gmail.com | | | 09/04/19 | $10,000.00 |
| Imperial Frozen Foods HoldCo LLC | MRSAKAHN LLC AC | | 36 Brush Hill Road | Newton | MA | 2461 | matthewrkahn@gmail.com | | | 10/02/19 | $10,000.00 |
| Imperial Frozen Foods HoldCo LLC | MRSAKAHN LLC AC | | 36 Brush Hill Road | Newton | MA | 2461 | matthewrkahn@gmail.com | | | 11/01/19 | $11,123.19 |
| Imperial Frozen Foods HoldCo LLC | O'Melveny & Myers LLP AC | | Times Square Tower; 7 Times Squ | New York | NY | 10036-6524 | www.omm.com | | | 09/12/19 | $41,013.00 |
| Imperial Frozen Foods HoldCo LLC | O'Melveny & Myers LLP AC | | Times Square Tower; 7 Times Squ | New York | NY | 10036-6524 | www.omm.com | | | 10/10/19 | $35,838.71 |

| SOFA Part 13, Question 25 - Other businesses in which the Debtor has or has had an interest | | | | | | | |
|---|---|---|---|---|---|---|---|
| Debtor Name | Business Name | Address1 | City | State | Zip | Nature of Business | Taxpayer ID No. (EIN) | Beginning and Ending Dates |
| Imperial Frozen Foods Holdco LLC | Happy and Healthy Hold Co LLC | 383 Corona Street, Suite 224 | Denver | CO | 80218 | Frozen smoothies and overnight | 82-4997656 | 06/2018 thru current |
| Imperial Frozen Foods Holdco LLC | Happy Healthy LLC (JV) | 383 Corona Street, Suite 224 | Denver | CO | 80218 | Frozen smoothies and overnight | 83-1539372 | 06/2018 thru current |
| Imperial Frozen Foods Holdco LLC | Energy Club Holdings LLC | 6080 Center Drive, Suite 600 | Los Angeles | CA | 90045 | Dried pea snack products | 45-2923123 | 10/2018 current |

In re [Debtor Name]

Case No. [Case No.]

SOFA Part 13, SOFA 26d - Creditors and other parties to whom a financial statement was issued

| SOFA Part 13, Question 26d - Creditors and other parties to whom a financial statement was issued within 2 years preceding commencement of this case | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Debtor Name | Name | Vendor # | Address1 | City | State | Zip | | |
| Imperial Frozen Foods Holdco LLC | Kenex Holdings LLC | | 111 W Maple Stree | Chicago | IL | 60601 | | |
| Imperial Frozen Foods Holdco LLC | Ares Management LLC | | 560 White Plains R | Tarrytown | NY | 10591 | | |
| Imperial Frozen Foods Holdco LLC | Treeline Capital Partners LLC | | 101 California Stre | San Francisco | CA | 94111 | | |

Case 19-05422-5-SWH  Doc 46  Filed 02/03/20  Entered 02/03/20 16:30:10  Page 49 of 49

In re [Debtor Name]
Case No. [Case No.]
SOFA Part 13, Question 26a - Bookkeepers and accountants

| SOFA Part 13, Question 26a - Bookkeepers and accountants used within 2 years of commencement of this case | | | | | | | |
|---|---|---|---|---|---|---|---|
| Debtor Name | Name | Vendor # | Address1 | City | State | Zip | Dates Services Rendered |
| Imperial Frozen Foods Holdco LLC | Craig Higgins | | 2104 Higley Drive | Wake Forest | NC | 27587 | 12/2014 thru 11/2019 |
| Imperial Frozen Foods Holdco LLC | Amy Ford | | 6316 Clamshell Drive | Wake Forest | NC | 27587 | 1/2015 thru 11/2019 |

Case 19-05422-5-SWH   Doc 46   Filed 02/03/20   Entered 02/03/20 16:30:10   Page 49 of 49

In re [Debtor Name]
Case No. [Case No.]
SOFA Part 13, Question 26b - Firms or individuals who audited the books and records or prepared a financial statement

| SOFA Part 13, Question 26b - Firms or individuals who audited the books and records or prepared a financial statement within 2 years preceding commencement of this case | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Debtor Name | Name | Vendor # | Address1 | City | State | Zip | Dates Services Rendered |
| Imperial Frozen Foods Holdco LLC | Elliott Davis LLP/PLLC | ELLIO001 | PO Box 6286 | Greenville | SC | 29606-6286 | 2017 and 2018 Audit/Tax Prep |

Case 19-05422-5-SWH   Doc 46   Filed 02/03/20   Entered 02/03/20 16:30:10   Page 41 of 49

In re [Debtor Name]

Case No. [Case No.]

SOFA Part 13, Question 28 - Current Officers, Directors, Managing Members, Controlling Shareholders, etc.

SOFA Part 13, Question 28 - Current Officers, Directors, Managing Members, Controlling Shareholders, etc.

| Debtor Name | Name | Address1 | City | State | Zip | Position and nature of any interest | Percentage of interest, if any |
|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Op Co LLC | Kenex Holdings LLC | 111 W Maple Stree | Chicago | IL | 60601 | Private Equity Owner | 100% |
| Imperial Frozen Foods Op Co LLC | Craig Higgins | 2104 Higley Drive | Wake Forest | NC | 27587 | Chief Financial Officer | 0% |
| Imperial Frozen Foods Op Co LLC | Luca Da Ponte | 4309 Gallatree Lan | Raleigh | NC | 27616 | VP of Purchasing | 0% |
| Imperial Frozen Foods Op Co LLC | Matthew Goldtwaite | 2840 Fossil Creek | Midlothian | TX | 76065 | Senior VP of Sales | 0% |
| Imperial Frozen Foods Op Co LLC | Rodrigo Troni | 2823 Plantation Ro | Charlotte | NC | 28270 | Chief Executive Officer | 0% |
| Imperial Frozen Foods Op Co LLC | Nick Campbell | 1372 Peachtree Str | Atlanta | GA | 30309 | Chief Restructuring Officer | 0% |

In re [Debtor Name]
Case No. [Case No.]
SOFA Part 13, Question 28 - Current Officers, Directors, Managing Members, Controlling Shareholders, etc.

| SOFA Part 13, Question 28 - Current Officers, Directors, Managing Members, Controlling Shareholders, etc. | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Debtor Name** | **Name** | **Address1** | **City** | **State** | **Zip** | **Position and nature of any interest** | **Percentage of interest, if any** |
| Imperial Frozen Foods Holdco LLC | Kenex Holdings LLC | 111 W Maple Stree | Chicago | IL | 60601 | Private Equity Owner | 100% |
| Imperial Frozen Foods Holdco LLC | Craig Higgins | 2104 Higley Drive | Wake Forest | NC | 27587 | Chief Financial Officer | 0% |
| Imperial Frozen Foods Holdco LLC | Luca Da Ponte | 4309 Gallatree Lan | Raleigh | NC | 27616 | VP of Purchasing | 0% |
| Imperial Frozen Foods Holdco LLC | Matthew Goldtwaite | 2840 Fossil Creek I | Midlothian | TX | 76065 | Senior VP of Sales | 0% |
| Imperial Frozen Foods Holdco LLC | Rodrigo Troni | 2823 Plantation Rc | Charlotte | NC | 28270 | Chief Executive Officer | 0% |
| Imperial Frozen Foods Holdco LLC | Nick Campbell | 1372 Peachtree Str | Atlanta | GA | 30309 | Chief Restructuring Officer | 0% |

In re [Debtor Name]
Case No. [Case No.]
SOFA Part 13, Question 28 - Current Officers, Directors, Managing Members, Controlling Shareholders, etc.

| SOFA Part 13, Question 28 - Current Officers, Directors, Managing Members, Controlling Shareholders, etc. | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Debtor Name | Name | Address1 | City | State | Zip | Position and nature of any interest | Percentage of interest, if any |
| Imperial Snacks LLC | Kenex Holdings LLC | 111 W Maple Stre | Chicago | IL | 60601 | Private Equity Owner | 100% |
| Imperial Snacks LLC | Craig Higgins | 2104 Higley Drive | Wake Forest | NC | 27587 | Chief Financial Officer | 0% |
| Imperial Snacks LLC | Luca Da Ponte | 4309 Gallatree Lan | Raleigh | NC | 27616 | VP of Purchasing | 0% |
| Imperial Snacks LLC | Matthew Goldtwaite | 2840 Fossil Creek I | Midlothian | TX | 76065 | Senior VP of Sales | 0% |
| Imperial Snacks LLC | Rodrigo Troni | 2823 Plantation Rc | Charlotte | NC | 28270 | Chief Executive Officer | 0% |
| Imperial Snacks LLC | Nick Campbell | 1372 Peachtree Str | Atlanta | GA | 30309 | Chief Restructuring Officer | 0% |

In re [Debtor Name]

Case No. [Case No.]

SOFA Part 13, Question 30 - Payments, distributions, or withdrawals credited to an insider within 1 year preceding commencement of this case

SOFA Part 13, Question 30 - Payments, distributions, or withdrawals credited to an insider within 1 year preceding commencement of this case

| Debtor Name | Creditor Name | Vendor # | Address1 | City | State | Zip | Country | Relationship to Debtor | Amount of money or description of and value of property | Date of Payment | Reason for providing value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Holdco LLC | Kenex Holdings LLC | | 111 W Maple Street, Apt 2002 | Chicago | IL | 60601 | USA | Private Equity Investors | $20,000.00 | 12/20/2018 | Management Fee |
| Imperial Frozen Foods Holdco LLC | Kenex Holdings LLC | | 111 W Maple Street, Apt 2002 | Chicago | IL | 60601 | USA | Private Equity Investors | $20,000.00 | 12/27/2018 | Management Fee |
| Imperial Frozen Foods Holdco LLC | Kenex Holdings LLC | | 111 W Maple Street, Apt 2002 | Chicago | IL | 60601 | USA | Private Equity Investors | $18,990.63 | 1/16/2019 | Management Fee |
| Imperial Frozen Foods Holdco LLC | Kenex Holdings LLC | | 111 W Maple Street, Apt 2002 | Chicago | IL | 60601 | USA | Private Equity Investors | $19,741.76 | 2/15/2019 | Management Fee |
| Imperial Frozen Foods Holdco LLC | Kenex Holdings LLC | | 111 W Maple Street, Apt 2002 | Chicago | IL | 60601 | USA | Private Equity Investors | $24,518.19 | 3/13/2019 | Management Fee |
| Imperial Frozen Foods Holdco LLC | Kenex Holdings LLC | | 111 W Maple Street, Apt 2002 | Chicago | IL | 60601 | USA | Private Equity Investors | $21,372.38 | 4/22/2019 | Management Fee |
| Imperial Frozen Foods Holdco LLC | Kenex Holdings LLC | | 111 W Maple Street, Apt 2002 | Chicago | IL | 60601 | USA | Private Equity Investors | $20,000.00 | 5/1/2019 | Management Fee |
| Imperial Frozen Foods Holdco LLC | Kenex Holdings LLC | | 111 W Maple Street, Apt 2002 | Chicago | IL | 60601 | USA | Private Equity Investors | $19,558.43 | 5/15/2019 | Management Fee |
| Imperial Frozen Foods Holdco LLC | Kenex Holdings LLC | | 111 W Maple Street, Apt 2002 | Chicago | IL | 60601 | USA | Private Equity Investors | $20,000.00 | 6/18/2019 | Management Fee |

Case 19-05421-5-SWH   Doc 46   Filed 02/03/20   Entered 02/03/20 16:30:10   Page 45 of 49

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re    **Imperial Frozen Foods Holdco, LLC**            Case No.    **19-05422-5**

                      Debtor(s)           Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February  3, 2020**               **/s/ Craig Higgins**

                                        **Craig Higgins**/**CFO**
                                        Signer/Title

.

Advantage Capital Ag Partners L.P.
Attn:  Officer/Manager
190 Carondelet Plaza, Suite 1500
Saint Louis, MO 63105

City of Savannah Revenue Department
PO Box 1228
Savannah, GA 31402

Gen 7 Investments
Attn:  Officer/Managing Agent
101 5th Street North
Fargo, ND 58102

Alabama Department of Revenue
PO Box 327320
Montgomery, AL 36132

Cody Miller
385 Ridgewood Park Drive N
Richmond Hill, GA 31324

Georgia Department of Revenue
PO Box 105678
Atlanta, GA 30348

Alex McIntosh
913 Southerly Road, #034
Towson, MD 21204

Craig Higgins
2104 Higley Drive
Wake Forest, NC 27587

GK Holdings 1, LLC
Attn:  Officer/Manager
150 N Riverside Plz, Ste 4270
Chicago, IL 60606

Alex Meyer
2468 N Bogus Basin Road
Boise, ID 83702

Daniel Asher Descendants Trust
Attn:  Officer/Manager
111 W Jackson Blvd, Ste 2000
Chicago, IL 60604

H.P. Skolnick, Inc
Attn:  Officer/Manager
PO Box 3354
Monterey, CA 93942

Amy Ford
6316 Clamshell Drive
Wake Forest, NC 27587

Dewey Pegno and Kramarsky LLP
Attn:  Officer/Manager
777 Third Avenue
New York, NY 10017

Henneman Family, LLC Series B
Attn:  Officer/Manager
1605 S State St
Champaign, IL 61820

Ankura Consulting Group
Attn:  Officer/Manager
485 Lexington Avenue
New York, NY 10017

Edward Behen
1761 Old Homestead
Rochester, MI 48306

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101

Bill Arends
167 Colonade Circle
Naples, FL 34103

Eric Meyer
34 San Savio Drive
Austin, TX 78738

Irv Kessler
Attn:  Officer/Managing Agent
2800 Niagara Lane
Minneapolis, MN 55447

Brian Tracy
4125 N Hermitage Ave
Chicago, IL 60613

Foundation for Education and R&D
Attn:  Officer/Managing Agent
2800 Niagara Lane
Minneapolis, MN 55447

Jai Kim Jung
Attn:  Officer/Managing Agent
205 Hudson St
New York, NY 10013

Chatham County Tax Commissioner
PO Box 117037
Atlanta, GA 30368

Gary Freeman
1715 Blair House Court
Bloomfield Hills, MI 48302

Jeremy Medler
402 Trefoil Street
Savoy, IL 61874

JJ&E Heritage Holding LLC
Attn:  Officer/Managing Agent
4147 66th St S
Fargo, ND 58104

Laurie Steed
104 Darmouth Road
Raleigh, NC 27609

NC Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602

Joda Crabtree
PO Box 461
Watseka, IL 60970

Leonard Patrict Hanemann
6919 N 1st Lane
McAllen, TX 78504

Nicholas Cooper
111 West Wacker, Apt 2010
Chicago, IL 60601

John Gibbons
940 Lawrence Avenue
Westfield, NJ 07090

Leslie Neitzel Revocable Trust
Attn:  Officer/Manager
4308 Brittany Trail Drive
Champaign, IL 61822

NYS Tax Department - IT-2659
PO Box 15179
Albany, NY 12212

John March
13225 Cardinal Creek Road
Eden Prairie, MN 55346

Lightfoot Franklin & White LLC
Attn:  Officer/Manager
400 20th St North, Clark Building
Birmingham, AL 35203

Peter Kenefick
581 E Lake Street
Wayzata, MN 55391

Keeling Family Limited Partnership
Attn:  Officer/Manager
1624 Cobblefield Road
Champaign, IL 61822

Luca DaPonte
4309 Gallatree Lane
Raleigh, NC 27616

Prophet Capital Management, LTD
Attn:  Officer/Manager
5000 Plaza on the Lake #180
Austin, TX 78746

Kenex Holdings LLC
Attn:  Officer/Manager
150 N Wacker, Suite 3025
Chicago, IL 60606

Matt Goldthwaite
503 Marquis Lane
Mansfield, TX 76063

Rick Schmidt
3377 Gulf Shore Blvd N Unit 1C
Naples, FL 34103

Kessler Family Limited Partnership
Attn:  Officer/Managing Agent
2800 Niagara Lane
Minneapolis, MN 55447

Matt Lester
2550 Telegraph Road, Suite 200
Bloomfield Hills, MI 48302

Robert L Williams Jr
3033 Trillium Court East
Aurora, IL 60506

Kevin Migdal
3044 Lawson Walk Way
Rolesville, NC 27571

Michael Small
2014 Byrnebruk Drive
Champaign, IL 61822

Robert Spence
4251 Salzedo Apt E502
Miami, FL 33146

Lakeview Group LLC
Attn:  Officer/Manager
150 N Wacker Drive, Suite 3025
Chicago, IL 60606

Mike Zwiegbaum
29 Circle W
Minneapolis, MN 55436

Schmidt Family Investments LLC
Attn:  Officer/Manager
1650 S State Street, Suite 112
Champaign, IL 61820

Sergio Varela
1039 W Mountain St
Glendale, CA 91202

Tree Line Direct Funding LP
c/o Matthew Warren
353 N Clark Street, 12th Floor
Chicago, IL 60654

Sherri Tuttle
681 E Lake Street #354
Wayzata, MN 55391

Tuscola Investments LLC
Attn: Officer/Manager
1240 E CR 1250 N
Tuscola, IL 61953

Silver Mountain Partners LP
Attn: Officer/Managing Agent
2817 Girard Ave, Unit 408
Minneapolis, MN 55408

Warren Lee
2906 Wendover Place
Champaign, IL 61822

Social Security Administration
Office of the General Counsel, Regi
61 Forsyth Street, SW, Ste 20T45
Atlanta, GA 30303

Wes Seitz
4014 Pinecrest Road
Champaign, IL 61822

Texas Department of State Health Se
PO Box 12008
Austin, TX 78711

Thompson Coburn LLP
Attn: Jarrod Sharp
One US Bank Plaza
Saint Louis, MO 63101

Timothy March
420 Parkway Drive
Wheaton, IL 60187

Tom Beadle (Dolores Beadle)
440 Kings Glen Way
Wake Forest, NC 27587

Tony Davis
2831 N Pine Grove Ave
Chicago, IL 60657